No. 04-01-00175-CV


IN RE MAUREEN BLACKTHORNE



Original Mandamus Proceeding


Arising from the 57th Judicial District Court, Bexar County, Texas


Trial Court No. 98-CI-16053


Honorable Pat Boone, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: March 7, 2001


PETITION FOR WRIT OF MANDAMUS DENIED


 The court has considered relator's petition for writ of mandamus and is of the opinion that
relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. See Tex. R.
App. P. 52.8(a). Relator shall pay all costs incurred in this proceeding


 PER CURIAM

DO NOT PUBLISH